# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **FRED V. BRUNER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. CIV 09-476-JHP-SPS |
| **GEORGE BUTNER,** | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff Fred V. Bruner filed this civil rights action pursuant to 42 U.S.C. § 1983, on December 9, 2009 [Docket #1], while an inmate in the Seminole County Jail in Wewoka, Oklahoma. On that same date, he also filed a motion for leave to proceed *in forma pauperis*, but he failed to include a proper Statement of Institutional Accounts, as required by 28 U.S.C. § 1915(a)(2) [Docket #2]. According to plaintiff's handwritten note on the submitted form, the county officials had refused to sign the Statement of Institutional Accounts [Docket #2 at 3]. In an attempt to verify whether plaintiff had any funds in a trust account, the court called the Seminole County Jail on January 12, 2010. According to Ms. Moore at the jail, there were no inmates in the jail with plaintiff's name. Plaintiff has made no contact with the court since filing this lawsuit, and the only address he has given the court is that of the Seminole County Jail.

Pursuant to Local Civil Rule 5.5(a), it is plaintiff's responsibility to provide a current address to the court, but he has failed to comply with this rule. Therefore, this action is dismissed for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute,

because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED.

**IT IS SO ORDERED** this 15th day of January 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma